IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HUGO ARISTIZABAL,

     Appellant,

v.

AIRCRAFT SERVICE
INTERNATIONAL, INC. AND
GALLAGHER BASSETT
SERVICES, INC.,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0104

_____/

Opinion filed July 7, 2015.

An appeal from an order of the Judge of Compensation Claims.
W. James Condry, II, Judge.

Date of Accident: July 15, 2011.

Monte R. Shoemaker of Shoemaker & Shoemaker, P.A., Altamonte Springs, and
Richard W. Ervin, III of Fox & Loquasto, P.A., Tallahassee, for Appellant.

H. George Kagan of Miller, Kagan, Rodriguez & Silver, P.L., West Palm Beach, for
Appellees.


PER CURIAM.

     AFFIRMED.

BENTON, MARSTILLER, and OSTERHAUS, JJ., CONCUR.